CRIMINAL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: December 23, 2013

*Time: 30 mins.*

Before: JUDGE RONALD M. WHYTE

JACKIE GARCIA          Courtroom Deputy Clerk

IRENE RODRIGUEZ        Court Reporter

CASE NO. CR-12-00410-RMW

U.S.A. vs. MELVIN SHIELDS and MICHAEL SIMS

ATTORNEY APPEARANCES:

PLT: AUSA: J. Fazioli & T. Lucey    DFT: T. Nolan, S. Kieval & F. Ubhaus

PROCEEDINGS: JURY TRIAL PROCEEDINGS

As to Count 20 - The government moved to dismiss and is not before the jury. 1:15 PM: The jury notified the Court that they reached a verdict. The Clerk read the verdict into the record. The jury found the following: As to Defendant Shields: Jury found the defendant guilty on Counts 1 through 4, 6 through 11, 13 through 17, 22 through 37, and 40. Jury found the defendant not guilty on Counts 5, 12, 18, 19, 21, 38 and 39. As to defendant Sims: Jury found the defendant guilty on Counts 8 and 12. Jury found the defendant not guilty on Counts 1 through 7, 9 through 11, 13 through 40. The Court discharged the jury. The Court set a Sentencing Hearing for 4/14/14 @ 9:00 AM. The Court set a briefing schedule for the post trial motions: motions filed by 1/10/14; Response due 1/24/14; Motion Hearing set for 2/4/14 @ 1:30 PM. The defendants shall remain on the same conditions of release pending sentencing. All admitted trial exhibits were returned to counsel of record for retention.